IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 19-01-BLG-TJC-2 |
| Plaintiff, | |
| vs. | **ORDER VACATING** |
| | **DETENTION HEARING** |
| BRITTANY GREEN, | |
| Defendant. | |

Defendant has filed Motion to Vacate Detention Hearing. (Doc. 19.) The motion being unopposed and good cause appearing, IT IS HEREBY ORDERED that the Detention Hearing currently set for January 17, 2019 at 2:30 p.m. is vacated. The Preliminary Hearing scheduled in this matter is unaffected by this order.

DATED this 16th day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge